UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLES JOHN TINGLER,<br>VICTORIA MARIE TINGLER<br><br>　　　　　Defendants. | Civ. No. 2:10-CV-03061-WBS-KJN<br><br>**ORDER VACATING SCHEDULING CONFERENCE** |

　　Upon plaintiff's unopposed motion, and for good cause shown, it is hereby ORDERED that the Motion to Vacate Scheduling Conference is GRANTED as follows:

　　The scheduling conference this matter, previously scheduled for April 18, 2011 at 2:00 p.m. and associated deadlines are hereby VACATED pending resolution of the United States' Motion for Default Judgment.   A **Status Conference is set for May 31, 2011 at 2:00 p.m.,** pending ruling on the motion for default judgment.

IT IS SO ORDERED.


DATED:  March 24, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -

1

2  Presented on March 23, 2011 by:
   BENJAMIN B. WAGNER
3  United States Attorney

4   /s/ Aaron M. Bailey
   AARON M. BAILEY
5  U.S. Department of Justice
   P.O. Box 683
6  Ben Franklin Station
   Washington, D.C. 20044
7  Telephone: (202) 616-3164
   Fax: (202) 307-0054
8  E-mail: aaron.m.bailey@usdoj.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28